IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

    Plaintiff,

v.

COUNTY OF ALAMEDA, ET AL.,

    Defendants.

No. C 10-04453 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE**

This matter is set for a hearing on March 18, 2011 on Defendant County of Alameda's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **February 11, 2011** and a reply brief shall be filed by no later than **February 18, 2011**. Failure to oppose the motion may result in **dismissal** of this action. The Case Management Conference is CONTINUED from February 11, 2011 at 1:30 p.m. to March 18, 2011 at 9:00 a.m., immediately following the hearing. The parties' case management statement shall be filed no later than March 11, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 27, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

    Plaintiff,

  v.

COUNTY OF ALAMEDA, ET AL. et al,

    Defendant.

Case Number: CV10-04453 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: January 27, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk