IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

    Plaintiff,

v.

COUNTY OF ALAMEDA, ET AL.,

    Defendants.

No. C 10-04453 JSW

**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

This matter is set for a hearing on March 18, 2011 on Defendant's motion to dismiss. On January 27, 2011, this Court issued an order setting a briefing schedule on the motion to dismiss, indicating that an opposition was due to be filed by Plaintiff by no later than February 11, 2011. The Court has received no submission from Plaintiff.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than March 9, 2011, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: February 28, 2011

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE