IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO MENDIA,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF ALAMEDA, ET AL.,<br><br>          Defendants.<br>_____/ | No. C 10-04453 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

This matter is set for a hearing on July 15, 2011 on Defendant's motion to dismiss the first amended complaint. Due to the Court's calendar, the hearing shall be CONTINUED to July 22, 2011 at 9:00 a.m. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than June 24, 2011 and a reply brief shall be filed by no later than July 1, 2011. Failure to oppose the motion may result in dismissal of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 3, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

    Plaintiff,

v.

COUNTY OF ALAMEDA, ET AL. et al,

    Defendant.

Case Number: CV10-04453 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: June 3, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk