Steven C. Wolan (State Bar No. 56237)
Jesper I. Rasmussen (State Bar No. 121001)
PATTON♦WOLAN♦CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575
Email: swolan@pwc-law.com; jrasmussen@pwc-law.com

Attorneys for Defendant COUNTY OF ALAMEDA,
for itself and erroneously also sued herein as
"ALAMEDA COUNTY SHERIFF'S OFFICE"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO MENDIA,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S OFFICE; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: C10-04453 JSW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS<br><br>Complaint Filed: October 1, 2010 |

The parties submit the following proposed stipulation to request the court continue the hearing on defendant the County of Alameda's motion to dismiss, which the court recently re-set to July 22, 2011.

WHEREAS, counsel for defendant the County of Alameda, Jesper I. Rasmussen, has a pre-existing personal, commitment and will be out of town on July 22, 2011 and unable to attend a hearing on that date, the parties hereby agree to continue the hearing to a later date. The parties therefore stipulate to an order continuing the hearing to Friday, August 5, 2011, at 9 a.m. or as soon thereafter as the matter may be heard. The parties request the court also continue the briefing schedule accordingly so Plaintiff's opposition brief must be filed and served by July 8, 2011 and defendant's reply brief filed and served by July 15, 2011.

IT IS SO STIPULATED.

Dated: June 8th, 2011

_____
BERNARDO MENDIA, PLAINTIFF IN PRO SE

Dated: June 8, 2011

PATTON ♦ WOLAN ♦ CARLISE, LLP

By: _____
JESPER I. RASMUSSEN
Attorneys for Defendant
COUNTY OF ALAMEDA

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, it is so ordered. The hearing on defendant's motion to dismiss is continued to ~~August 5,~~ August 12 2011 at 9 a.m. and the briefing schedule is modified as per the parties' request above.

Dated: June 9, 2011

_____
The Honorable Judge Jeffrey S. White,
UNITED STATES DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA

[PROPOSED] STIPULATION AND ORDER CONTINUING
HEARING ON DEFENDANT'S MOTION TO DISMISS

2

(Case No. C10-04453 JSW)